**No. 10-9724. Carl Jones, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2168, 179 L. Ed. 2d 948, 2011 U.S. LEXIS 3346.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 408 Fed. Appx. 589.

**No. 10-9725. Miguel Ley, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2168, 179 L. Ed. 2d 948, 2011 U.S. LEXIS 3356.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 132.

**No. 10-9726. Miguel Barajas-Garcia, aka Filimon Soto-Martinez, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2168, 179 L. Ed. 2d 948, 2011 U.S. LEXIS 3307.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 769.

**No. 10-9730. Arnoldo Avitia Gamboa, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2168, 179 L. Ed. 2d 948, 2011 U.S. LEXIS 3289.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 456.

**No. 10-9731. Jose M. Galloso-Hurtado, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2168, 179 L. Ed. 2d 948, 2011 U.S. LEXIS 3287.

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 406 Fed. Appx. 861.

**No. 10-9735. Deshon Hamilton, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2168, 179 L. Ed. 2d 948, 2011 U.S. LEXIS 3199.

April 25, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 9 A.3d 805.

**No. 10-9736. Anthony Lewis Glenn, Petitioner v. United States.**

563 U.S. 967, 131 S. Ct. 2169, 179 L. Ed. 2d 948, 2011 U.S. LEXIS 3297,

April 25, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 377 Fed. Appx. 333.